UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHURTLYN CHIN,

Plaintiff,

-v-

KENNETH GENALO in his official capacity as Field Office Director, *et al.*,

Defendants.

26 Civ. 10316 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Today, Khurtlyn Chin, proceeding *pro se*, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court directs the government to file an answer or other otherwise respond to the petition by Friday, November 27, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 24, 2026
New York, New York